UNITED STATES DISTRICT COURT
FILED

March 2, 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. White
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-0427 |
| TRANSCONTINENTAL GAS PIPE LINE CORP. | SECTION "S" |

### PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held **BY TELEPHONE** on **April 13, 2000 at 11:15 a.m.** for the purpose of scheduling discovery deadlines, a pre-trial conference and trial date. You must return the attached questionnaire _5_ days before the preliminary conference.

TRIAL COUNSEL or a representative who if fully acquainted with all details of the case and authorized to enter into any necessary agreements must participate in the conference. Any motion to Continue must be filed one week prior to the above date.

March 2, 2000

David Stechmann (504) 589-7690
Courtroom Deputy, Section "S"

NOTICE:
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE

COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

```
__FEE_____
X_PROCESS_____
X_CHARGE__DS__
__INDEX_____
__ORDER_____
X_HEARING_DS__   3
DOCUMENT NO.____
```

```
CASE NO. _____  "S"     UNITED STATES DISTRICT COURT    SUBMITTED BY: _____
                            EASTERN DISTRICT OF LOUISIANA   _____
```

1. Is this a jury or non-jury trial?                Jury___   Non-jury___

2. How many days do you estimate for trial?         _____

3.a. Realistically, when do you think that this
     case will be ready to go to trial?             _____

   b. Has this case previously been continued by
      the court?                                    Yes___           No___

   c. Would all parties consent to trial before a
      magistrate in order to have the earliest
      trial date?                                   Yes___           No___

4. Has a firm demand for settlement been
   submitted?                                       Yes___           No___
   Responded to?                                    Yes___           No___

   a. Would all parties consent to referral to
      a magistrate for settlement conference?       Yes___           No___

   b. Would all parties submit to arbitration
      or mediation?                                 Yes___           No___

5. Are any further amendments to pleadings
   anticipated?                                     Yes___           No___

6. Is discovery complete?                           Yes___           No___

7. Have all expert reports been exchanged?          Yes___           No___

8. Are there any pending motions?                   Yes___           No___

   a. Under submission? (list)
      _____
      _____

   b. Awaiting hearing? (list)
      _____
      _____

   c. Can this case be disposed of by Summary
      Judgment?                                     Yes___           No___

9.a. Do you anticipate any special problems in
     the trial of this case?                        _____

   b. On a scale of 1 - 10 how difficult are
      the legal issues?                             _____