MINUTES
VIAL LEMMON, J.
APRIL 13, 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED **APR 14 2000**
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD           CIVIL ACTION

VERSUS                                    NO. 00-0427

TRANSCONTINENTAL GAS PIPE LINE CORP.      SECTION "S"

A Preliminary Conference was held this date.

Participating were: Joseph Jevic and Wade Visconte for Plaintiff. Linda Akchin for Defendant.

The preliminary Conference is continued without date. Parties agree that case should be transferred to related matter in Section B, Judge Lemelle. Plaintiffs attorney Wade Visconte will file a motion to transfer

DATE OF ENTRY
APR 1 4 2000

Fee_____
Process___
X Dktd____
CtRmDep___
Doc.No.__6__