```
                              UNITED STATES DISTRICT COURT
                                        FILED

                                     May 9, 2000

                              EASTERN DISTRICT OF LOUISIANA
                                    Loretta G. White
                                         Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD                        CIVIL ACTION

VERSUS                                                NO. 00-0427

TRANSCONTINENTAL GAS PIPE LINE CORP.                  SECTION "S"


PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held <u>BY TELEPHONE</u> on <u>May 25, 2000 at 11:15 a.m.</u> for the purpose of scheduling discovery deadlines, a pre-trial conference and trial date. You must return the attached questionnaire <u>5</u> days before the preliminary conference.

<u>TRIAL COUNSEL</u> or a representative who if fully acquainted with all details of the case and authorized to enter into any necessary agreements must participate in the conference. Any motion to Continue must be filed one week prior to the above date.

May 9, 2000

                           David Stechmann (504) 589-7690
                           Courtroom Deputy, Section "S"

NOTICE:
<u>COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE</u>

<u>COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.</u>

```
__FEE_____
X_PROCESS_____
X_CHARGE__DS__
__INDEX_____
__ORDER_____
X_HEARING_DS__
DOCUMENT NO.__
```

```
CASE NO. _____ "S"      UNITED STATES DISTRICT COURT      SUBMITTED BY:_____
                             EASTERN DISTRICT OF LOUISIANA                 _____

1.   Is this a jury or non-jury trial?              Jury___   Non-jury___

2.   How many days do you estimate for trial?       _____

3.a. Realistically, when do you think that this
     case will be ready to go to trial?             _____

  b. Has this case previously been continued by
     the court?                                     Yes___              No___

  c. Would all parties consent to trial before a
     magistrate in order to have the earliest
     trial date?                                    Yes___              No___

4.   Has a firm demand for settlement been
     submitted?                                     Yes___              No___
     Responded to?                                  Yes___              No___

  a. Would all parties consent to referral to
     a magistrate for settlement conference?        Yes___              No___

  b. Would all parties submit to arbitration
     or mediation?                                  Yes___              No___

5.   Are any further amendments to pleadings
     anticipated?                                   Yes___              No___

6.   Is discovery complete?                         Yes___              No___

7.   Have all expert reports been exchanged?        Yes___              No___

8.   Are there any pending motions?                 Yes___              No___

  a. Under submission? (list)
     _____
     _____

  b. Awaiting hearing? (list)
     _____
     _____

  c. Can this case be disposed of by Summary
     Judgment?                                      Yes___              No___

9.a. Do you anticipate any special problems in
     the trial of this case?                        _____

  b. On a scale of 1 - 10 how difficult are
     the legal issues?                              _____
```