UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 JUN 20 P 12:30
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| VERSUS | SECTION: S(3) |
| | JUDGE LEMMON |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | MAGISTRATE JUDGE AFRICK |

### MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Transcontinental Gas Pipe Line Corporation ("Transco"), who wishes to enroll Pamela R. Mascari, of the firm of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., as additional counsel of record.

WHEREFORE, Transcontinental Gas Pipe Line Corporation respectfully prays that Pamela R. Mascari of the firm of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., be enrolled as additional counsel of record.

Respectfully submitted,

_Linda S. Akchin_
G. William Jarman, T.A. (#7238)
Linda S. Akchin (#17904)
Charles S. McCowan (#19699)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
 McCOWAN & JARMAN, L.L.P.
Energy Centre, Suite 1560
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-3050

*Attorneys for Transcontinental Gas Pipe Line Corporation*

DATE OF ENTRY
JUN 21 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc.No. 13

432942_1

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| VERSUS | SECTION: S(3) |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | JUDGE LEMMON |
| | MAGISTRATE JUDGE AFRICK |

### ORDER

Considering the foregoing Motion:

IT IS ORDERED that Pamela R. Mascari be and is hereby enrolled as additional counsel of record in the above-captioned matter.

Thus ordered this 21 day of June, 2000, _____, Louisiana.

_____
United States District Judge

432942_1

3