UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 JUN 20  P 12: 29
LORETTA G. WHYTE

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| | SECTION: S(3) |
| VERSUS | |
| | JUDGE LEMMON |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | MAGISTRATE JUDGE AFRICK |

**MOTION AND INCORPORATED MEMORANDUM
TO EXTEND DEADLINE TO FILE AMENDMENTS TO PLEADINGS,
THIRD-PARTY ACTIONS, CROSS-CLAIMS AND COUNTERCLAIMS**

NOW INTO COURT, through undersigned counsel, comes Transcontinental Gas Pipe Line Corporation ("Transco"), who moves for an order extending the deadline to file amendments to pleadings, third-party actions, cross-claims and counterclaims on the following grounds:

1.

The trial of this matter is set for September 24, 2001.

2.

According to the minute entry and incorporated scheduling order issued by this Court on May 24, 2000, the deadline to file amendments to pleadings, third-party actions, cross-claims and counterclaims is Monday, June 26, 2000, nearly fifteen (15) months prior to the scheduled trial date.

433561_1

DATE OF ENTRY
JUN 2 2 2000

3.

Transco is still investigating the allegations made by the Terrebonne Parish School Board in connection with this lawsuit.

4.

Accordingly, Transco desires an additional three (3) months, or until September 26, 2000, within which either party may amend pleadings or file third-party actions, cross-claims and counterclaims.

5.

The granting of this motion will not retard the progress of this case as the deadline requested is still approximately one year in advance of the scheduled trial date.

6.

Undersigned counsel has conferred with counsel for the Terrebonne Parish School Board and said counsel has no objection to an extension of the deadline as described herein.

WHEREFORE, Transcontinental Gas Pipe Line Corporation prays that an Order issue extending the deadline to file amendments to pleadings, third-party actions, cross-claims and counterclaims until September 26, 2000.

Respectfully Submitted,

_____
G. William Jarman (#7238)
Linda S. Akchin (#17904)
Charles S. McCowan III (#19699)

433561_1

        KEAN, MILLER, HAWTHORNE, D'ARMOND,
        MCCOWAN & JARMAN, L.L.P.
        One American Place, 21st Floor (70825)
        P.O. Box 3513
        Baton Rouge, LA 70821-3513
        PHONE: (225) 387-0999

        **Attorneys for Transcontinental Gas Pipe Line Corporation**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid to the following:

| | |
|---|---|
| Michael X. St. Martin | A. J. Gray, III |
| Joseph G. Jevic, III | Wade T. Visconte |
| St. Martin & Williams | The Gray Law Firm |
| P.O. Box 2017 | P.O. Box 1467 |
| Houma, Louisiana 70361-2017 | Lake Charles, LA 70602-1467 |

Baton Rouge, Louisiana this 19th day of June, 2000.

_____
Linda S. Akchin

433561_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| | SECTION: S(3) |
| VERSUS | |
| | JUDGE LEMMON |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | MAGISTRATE JUDGE AFRICK |

## ORDER

CONSIDERING THE FOREGOING Motion and Incorporated Memorandum to Extend Deadline to File Amendments to Pleadings, Third-Party Actions, Cross-Claims and Counterclaims,

IT IS ORDERED that the deadline for parties to file amendments to pleadings, third-party actions, cross-claims and counterclaims is extended until September 26, 2000.

Thus ordered, this 21 day of June, 2000, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

*The parties represent that the granting of this motion will not affect the trial date.*

433561_1