UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| | SECTION: S(3) |
| VERSUS | |
| | JUDGE LEMMON |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | MAGISTRATE JUDGE AFRICK |

## MOTION AND INCORPORATED MEMORANDUM TO AMEND SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, comes Defendant, Transcontinental Gas Pipe Line Corporation ("Transco"), who moves for an order amending this Court's May 25, 2000 Scheduling Order on the following grounds:

1.

The trial of this matter is set for September 24, 2001.

2.

A Preliminary Conference was held in this matter on May 25, 2000, at which time various deadlines, including the deadline for expert reports, were discussed.

3.

Following that telephone conference, a standard order setting forth various deadlines was issued by this Court.

431288_1

DATE OF ENTRY
JUL 1 0 2000

1

4.

According to the May 25, 2000 order, Plaintiff's expert reports are due ninety (90) days before the Pretrial Conference date, and Defendant's expert reports are due sixty (60) days before the Pretrial Conference date.

5.

Because of the complex nature of the allegations, and in light of the extensive work that must be done by the experts, thirty (30) days is an insufficient amount of time for the Defendant's experts to respond to the Plaintiff's expert reports.

6.

Experts retained by Transco have informed undersigned counsel that they will likely need sixty (60) days to properly respond to Plaintiff's expert reports.

7.

Accordingly, Transco moves that the standard Scheduling Order be amended so that Plaintiff's expert reports would be due one hundred five (105) days prior to the final Pretrial Conference date and that Defendant's expert reports be due forty-five (45) days prior to the final Pretrial Conference date.

8.

The effect of this proposed modification to the scheduling order gives Transco's experts sixty (60) days to respond to Plaintiff's expert report, while not interfering with deadlines already imposed on the Plaintiff's experts in other similar cases.

9.

Undersigned counsel has conferred with counsel for the Plaintiff. Counsel for the Plaintiff does not oppose the proposed amendment to the Scheduling Order described herein.

10.

This amendment to the Scheduling Order will not delay the proceedings.

WHEREFORE, Transcontinental Gas Pipe Line Corporation prays that an Order issue amending the May 25, 2000 Order to provide that written reports of experts who may be witnesses for Plaintiff, fully setting forth all matters about which they will testify and the basis therefor, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than one hundred five (105) days prior to the final Pretrial Conference date and that written reports of experts who may be witnesses for Defendant, fully setting forth all matters about which they will testify and the basis therefore, shall be obtained and

delivered to counsel for Plaintiff as soon as possible, but in no event later than forty-five (45) days prior to the final Pretrial Conference date.

Respectfully Submitted:

By Attorneys:

_[signature]_

G. William Jarman (#7238)
Linda S. Akchin (#17904)
Charles S. McCowan III (#19699)
Pamela R. Mascari (#25162)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
MCCOWAN & JARMAN, L.L.P.
One American Place, 21st Floor (70825)
P.O. Box 3513
Baton Rouge, LA 70821-3513
PHONE: (225) 387-0999

**Attorneys for Transcontinental Gas Pipe Line Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Incorporated Memorandum to Amend Scheduling Order on Behalf of Transcontinental Gas Pipe Line Corporation has been mailed, postage prepaid to the following:

Michael X. St. Martin
Joseph G. Jevic, III
St. Martin & Williams
P.O. Box 2017
Houma, Louisiana 70361-2017

A. J. Gray, III
Wade T. Visconte
The Gray Law Firm
P.O. Box 1467
Lake Charles, LA 70602-1467

Baton Rouge, Louisiana this 30th day of June, 2000.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| | SECTION: S(3) |
| VERSUS | |
| | JUDGE LEMMON |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | MAGISTRATE JUDGE AFRICK |

**ORDER**

CONSIDERING THE FOREGOING Motion and Incorporated Memorandum to Amend Scheduling Order,

IT IS ORDERED that the May 25, 2000 Scheduling Order is amended to provide that experts who may be witnesses for Plaintiff, fully setting forth all matters about which they will testify and the basis therefor, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than one hundred five (105) days prior to the final Pretrial Conference date and that written reports of experts who may be witnesses for Defendant, fully setting forth all matters about which they will testify and the basis therefore, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than forty-five (45) days prior to the final Pretrial Conference date.

THUS ORDERED, this 6th day of July, 2000, in New Orleans, Louisiana.

_____
US MAG. JUDGE

431288_1

*The parties agree that the granting of this motion will NOT affect the trial date*