FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 17  AM 10: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION NO.: 00CV0427 |
| VERSUS | * | JUDGE: **LEMMON** |
| TRANSCONTINENTAL GAS PIPE LINE COMPANY | * | MAGISTRATE: **AFRICK** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### TERREBONNE PARISH SCHOOL BOARD'S MOTION TO AMEND PETITION FOR DAMAGES AND INCORPORATED MEMORANDUM

NOW INTO COURT, through undersigned counsel, enters Plaintiff, TERREBONNE PARISH SCHOOL BOARD ("Plaintiff" or "TPSB"), which hereby seeks to amend and supplement its original Petition for Damages against Transcontinental Gas Pipe Line Company ("Transco'), for the following reasons:

1.

On October 19, 1999, TPSB filed a Petition for Damages alleging that, pursuant to operations being conducted by Transco in transporting natural gas, Transco dredged a canal and placed a pipeline on TPSB's property located in Section 16, Township 21 South, Range 12 East.

DATE OF ENTRY
NOV 21 2000

2.

TPSB's Original Petition for Damages alleged that various acts and failures to act by Transco have damaged and continue to damage TPSB's property.

3.

At the time the Petition for Damages was filed naming Transco as a defendant, TPSB believed there was a Mineral Lease, Servitude, or Right-of-Way which allowed Transco to construct a pipeline and dredge a canal on TPSB's property.

4.

Since filing the Petition for Damages, TPSB has discovered that Transco has no lease, servitude, right-of-way, or other instrument which allows Transco to conduct operations on TPSB's property.

5.

In fact, on September 26, 2000, Transco filed an Amended Answer and Counterclaim for Condemnation. Said Counterclaim for Condemnation acknowledges that Transco does not have a servitude, right-of-way, or other instrument allowing operations by Transco on TPSB's property.

6.

Fed. R. Civ. P., Rule 15, provides that a party may amend a party's pleadings by leave of court or by written consent of the adverse party. Leave of court to amend pleadings shall be freely given when Justice so requires.

7.

TPSB has contacted Transco, and Transco has informed that it has no objection to TPSB amending its Petition for Damages to state additional tort claims arising out of Transco's failure to negotiate a right-of-way, lease, or servitude allowing operations prior to the dredging of the pipeline

canal and construction of Transco's canal on TPSB's property.

8.

TPSB also avers that it is in the interest of justice to allow TPSB to amend its original pleading to state claims for trespass, unjust enrichment, and any other tort claims which may be applicable arising out of Transco's failure to negotiate a contract allowing operations on TPSB's property since Transco has raised the issue pursuant to its counterclaim for condemnation.

WHEREFORE, Terrebonne Parish School Board prays that it be given leave of court to amend its original Petition for Damages and to state additional claims against Transcontinental Gas Pipe Line Company for its failure to obtain a servitude from TPSB prior to constructing a pipeline and dredging a pipeline canal on TPSB's property.

Respectfully submitted

**THE GRAY LAW FIRM (APLC)**

*/s/ Wade Visconte*

| | |
|---|---|
| **A. J. GRAY, III** | **#6253** |
| **WADE T. VISCONTE** | **#24734** |

Post Office Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694     Telephone
(337) 494-0697     Facsimile

— and —

| | |
|---|---|
| **MICHAEL X. ST. MARTIN** | **#12365** |
| **JOSEPH G. JEVIC III** | **#23145** |

St. Martin & Williams (APLC)
Crescent Farm
4084 Highway 311
Post Office Box 2017
Houma, LA 70361-2017
**Attorneys for Terrebonne Parish School Board**

Page -3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion to Amend Petition for Damages with Incorporated Memorandum has been forwarded to all counsel of record via hand delivery, overnight delivery, facsimile transmission, or by placing same in the U.S. Mail, properly addressed with First Class postage prepaid this 16th day of NOVEMBER, 2000.

_____
WADE T. VISCONTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERREBONNE PARISH SCHOOL BOARD | * | CIVIL ACTION NO.: **00CV0427** |
| VERSUS | * | JUDGE:   **LEMMON** |
| TRANSCONTINENTAL GAS PIPE LINE COMPANY | * | MAGISTRATE:   **AFRICK** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Terrebonne Parish School Board's Motion to Amend Petition for Damages with Incorporated Memorandum:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Terrebonne Parish School Board is hereby **granted** leave of court to file the attached Supplemental and Amended Complaint. *no objection –*

**THUS RENDERED AND SIGNED IN CHAMBERS**, this 20th day of NOVEMBER, 2000, New Orleans, Louisiana.

~~DISTRICT~~ JUDGE
US MAG.