

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO: 00-0427 |
| TRANSCONTINENTAL GAS PIPELINE CORPORATION | SECTION: "S" (3) |

IT IS ORDERED that the parties contact Magistrate Judge Lance M. Africk within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 11th day of June, 2001.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY JUN 1 1 2001