UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| VERSUS | SECTION: S(3) |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | JUDGE LEMMON |
| | MAGISTRATE JUDGE AFRICK |

## MOTION AND INCORPORATED MEMORANDUM TO CONTINUE DEADLINES

NOW INTO COURT, through undersigned counsel, comes Defendant, Transcontinental Gas Pipe Line Corporation ("Transco"), who moves for an order to continue certain deadlines in this Court's May 25, 2000 scheduling Order on the following grounds.

1.

This matter is set for trial on September 24, 2001.

2.

A preliminary conference was held in this matter on May 25, 2001, at which time various deadlines were fixed, including a deadline for scheduling a settlement

534614_1

DATE OF ENTRY
JUN 2 7 2001



conference (in July of 2001) and a deadline for filing and serving witness and exhibit lists (June 25, 2001).

3.

Recently, the parties reached an agreement as to terms for settlement of this matter.

4.

The proposed settlement is scheduled to be considered and voted on by the members of Plaintiff organization, Terrebonne Parish School Board at a meeting of the Board on July 3, 2001. Approval of the settlement will be recommended by counsel and is anticipated.

5.

In light of the anticipated settlement, it is unnecessary for the parties to file and serve witness or exhibit lists or schedule a settlement conference.

6.

Accordingly, the parties have conferred and agreed that the deadlines for scheduling a settlement conference and filing and serving witness and exhibit lists should be continued without date and shall be re-fixed in the event the settlement is not approved at the Board's meeting on Tuesday, July 3, 2001.

7.

The parties agree that a continuance of the referenced deadlines will not affect the trial of this matter.

Respectfully Submitted:

_____
G. William Jarman (#7238)
Linda S. Akchin (#17904)
Troy J. Charpentier (#20745)
Pamela R. Mascari (#25162)
KEAN, MILLER, HAWTHORNE, D'ARMOND, MCCOWAN & JARMAN, LLP
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for Transcontinental Gas Pipe Line Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been placed in the United States Mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Michael X. St. Martin | A. J. Gray, III |
| Joseph G. Jevic, III | Wade T. Visconte |
| St. Martin & Williams | The Gray Law Firm |
| P.O. Box 2017 | P.O. Box 1467 |
| Houma, Louisiana 70361-2017 | Lake Charles, LA 70602-1467 |

Baton Rouge, Louisiana this 22nd day of June, 2001.

_____
Linda S. Akchin

534614_1                    -4-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| | SECTION: S(3) |
| VERSUS | |
| | JUDGE LEMMON |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | MAGISTRATE JUDGE AFRICK |

## **ORDER**

Considering the foregoing Motion and Incorporated Memorandum to Continue Deadlines,

IT IS ORDERED that the deadlines for the parties to schedule a settlement conference and for filing and serving witness and exhibit lists are continued without date, to be re-fixed in the event the proposed settlement is not approved on July 3, 2001.

Thus ordered and signed this 26 day of June, 2001, New Orleans, Louisiana.

_____
JUDGE, U.S. DISTRICT COURT
MAG.

534614_1

-5-