UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -8  A 9:57

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| VERSUS | SECTION: S(3) |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | JUDGE LEMMON |
| | MAGISTRATE JUDGE AFRICK |

### CONSENT JUDGMENT OF CONDEMNATION/EXPROPRIATION

NOW INTO COURT, through undersigned counsel, come Plaintiff in Cross-Claim for Condemnation, Transcontinental Gas Pipeline Corporation, and Defendant in said Cross-Claim for Condemnation, Terrebonne Parish School Board, who, upon representing to the Court that said Cross-Claim has been compromised and settled, hereby consent to the entry of this Consent Judgment of Condemnation/Expropriation on the following terms:

IT IS HEREBY ORDERED ADJUDGED and decreed that Defendant in Cross-Claim for Condemnation, Terrebonne Parish School Board, is awarded the full sum of TEN THOUSAND ($10,000.00) DOLLARS, as just compensation for the taking of the following right-of-way or servitude in favor of the Plaintiff in Cross-Claim for Expropriation, Transcontinental Gas Pipeline Corporation;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Transcontinental Gas Pipeline Corporation is granted a right-of-way or servitude for the operation of an interstate natural gas pipeline as follows:

534407_1

DATE OF ENTRY
AUG 0 8 2001

I

Transcontinental Gas Pipeline Corporation ("Transco"), its successors or assigns, are hereby granted a perpetual and assignable servitude, right-of-way and easement over and across a strip of land situated in Section 16, Township 21 South, Range 12 East, Terrebonne Parish, Louisiana, and the right to maintain, operate, alter, repair, remove, change the size of, and/or replace thereon the existing pipeline and appurtenances thereto and to keep the same clear of underbrush, trees and all other obstructions. Transco has the right to maintain the pipeline in an open ditch or canal. If Transco must replace any portion of the existing pipeline in an area which is covered by less than twelve feet of water, Transco shall bury the pipeline to the depth necessary for the outside top of the pipe to be no less than thirty-six inches (36") below the normal surface of the land and all excavations of Transco shall be backfilled as soon as reasonably possible after the pipeline is laid. If Transco must replace any portion of the pipeline in an area which is covered by water which is twelve feet deep or greater, Transco shall lay and secure the pipe on the bottom surface of the canal, pond or other water body. Said pipelines shall be used for the transportation of natural gas, and any component thereof.

II

The Servitude granted herein shall be thirty (30') feet in width, being fifteen (15') feet on either side of the existing pipeline. Transco shall perform a survey within sixty (60) days of the execution of this Consent Judgment which shall reflect the actual location of the pipeline. Such survey shall be attached to this Consent Judgment and incorporated herein to reflect the exact location of the right of way and servitude granted herein.

534407_1

III

Transco shall have all other rights and benefits necessary or convenient for the full enjoyment or use of the rights granted herein, including, but not limited to, the free and full right of ingress and egress over and across the lands of Terrebonne Parish School Board within Section 16, Township 21 South, Range 12 East to and from said right of way and servitude and the right to use an area not to exceed fifty feet (50') in width adjacent to said right of way to lay, maintain, operate, alter, repair, remove, change the size of, and/or replace the pipeline laid within the right of way.

IV

All of the rights granted hereunder shall terminate and be of no further force and effect without demand and without putting in default if Transco ceases to use the facilities for the actual transmission of gas or any component thereof for a period of ten (10) years. Unless terminated as provided herein the right of way shall be perpetual and assignable.

V

For a period of one hundred twenty (120) days after termination of this servitude, Transco shall have the right to remove the pipeline and all other improvements placed on the servitude, and if not so removed within that one hundred twenty (120) days, Transco shall without right of claim by Terrebonne Parish School Board for compensation or damages, abandon the pipeline and any improvements or other property of Transco on Terrebonne Parish School Board's property if all hazardous or toxic substances are removed or purged from the pipeline system sufficient to meet all state and federal requirements and/or regulations, and the pipe filled with an inert gas. As part of the abandonment process, the existing twenty-four (24") inch pipeline will be cut or disconnected from Transco's, or other successors or assigns, system at Terrebonne Parish School Board's property

534407_1

lines or at such other locations mutually agreed to by Terrebonne Parish School Board and Transco, or other successors or assigns. Upon abandonment, Transco, or other successors or assigns, shall release unto Terrebonne Parish School Board said Pipeline Right-of-Way Agreement and all rights to the existing twenty-four (24") inch pipeline on Terrebonne Parish School Board's property.

VI

1. This grant is subject to the right of Terrebonne Parish School Board, its successors, assigns, transferees, or lessees, which right is hereby expressly reserved, to use, occupy and enjoy all of the property described herein, for all purposes and in such manner and at such times as it, they or any of them shall desire to use same, including, but without limitation, for the purpose of conducting mineral operations on any of such property for the discovery, production, storage, transportation and disposition of oil, gas, sulphur or other minerals, under mineral leases or otherwise, and for the purpose of farming, grazing, hunting and trapping fur-bearing animals thereon; provided, however, that such use, occupation and enjoyment shall not unreasonably and unduly interfere with the maintenance and operation of said pipeline by Transco. Terrebonne Parish School Board expressly reserves the right to explore for and produce oil, gas and other minerals from the property and right of way and working spaces areas affected by this grant through directional drilling, or related operations, conducted off the permanent right of way and working space area, and Grantor may accomplish any activity, of every kind and character relating to the same, including, but not limiting the same to, the right to conduct geophysical exploration by torsion balance methods or otherwise so long as such exploration or production activities do not interfere with the safety or operation of the pipeline and the use of the right of way granted herein.

534407_1

2. Terrebonne Parish School Board shall not change the grade of the right of way in such manner which will reduce the depth of cover above the pipeline or construct or plant upon the right of way any buildings, trees, structural improvement or other encroachments without the written permission of Transco.

3. Servitudes or rights-of-way may be granted to others which will overlap, intersect, or cross the right-of-way of Transco, provided that construction under subsequent grants must be subject to the rights of Transco herein, and operations must be carried out so as not to create a hazard or impediment to Transco's use of this right of way.

VII

1. Transco shall pay Terrebonne Parish School Board any and all damage caused to Terrebonne Parish School Board's property after the date of this agreement by the maintenance, use, operation, relocation, removal or existence of the pipeline except to the extent such damage or injury is due to the sole negligence or to the willful misconduct of Terrebonne Parish School Board. Terrebonne Parish School Board specifically recognizes and agrees that Transco shall not be liable for any damage to Terrebonne Parish School Board's property caused by or related to past dredging activities or canals or other facilities of Transco which exist on Terrebonne Parish School Board's property as of the date of execution of this agreement. Transco agrees to indemnify and hold Terrebonne Parish School Board harmless against any loss or liability on account of injuries to persons, including death, and damages to property of persons or entities other than Terrebonne Parish School Board, and all costs and expenses incident thereto arising wholly or in part from, or in connection with, the existence, construction, maintenance, repair, operation, use, alteration, reconstruction, or removal of the pipeline, or Transco's ditch, or any other facility constructed by

534407_1

Transco hereunder, or any defect therein of failure thereof, of any of Transco's operations hereunder, provided that Transco is provided reasonably prompt notice of claims asserted or suits filed and is allowed to control the defense and settlement of same. In the event a suit is brought against Terrebonne Parish School Board to recover for, or on account of, any such damage, injury or death, Transco will, upon notice by Terrebonne Parish School Board of such suit, appear and defend such suit at its own sole cost and expense and will pay any judgment that may be entered against Terrebonne Parish School Board therein when the suit is finally determined. No settlement may be entered into by Transco unless Transco has agreed in writing to pay all monetary damages thereunder and such settlement places no obligations on Terrebonne Parish School Board, its Lessees or Assigns, and does not restrict or impair any of their rights at law.

VIII.

Transco shall not assign the rights and privileges hereby acquired, in whole or in part, without prior written consent of Terrebonne Parish School Board, excepting assignments to a Transco affiliate that is under more than fifty percent (50%) common control with Transco. Said consent shall not be unreasonably withheld when requested in writing by Transco. In the event such assignment is approved, Transco shall remain directly responsible, individually, and in solido with its assigns, for compliance with all obligations owed to Terrebonne Parish School Board under this

534407_1

agreement, unless expressly discharged from all such obligations in writing by Terrebonne Parish School Board.

THUS DONE AND SIGNED, this 7 day of August, 2001, in New Orleans, Louisiana.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA

**APPROVED AS TO FORM:**
By Attorneys:


_____
Michael St. Martin (#12365)
Joseph G. Jevic, III (#23145)
**ST. MARTIN & WILLIAMS**
P. O. Box 2017
Houma, Louisiana 70361-2017
(504) 387-3891


_____
G. William Jarman (#7238)
Linda S. Akchin (#17904)
Charles S. McCowan III (#19699)
Pamela R. Mascari (#25162)
**KEAN, Miller, Hawthorne, D'Armond McCowan & Jarman, L.L.P.**
One American Place, 21st Floor (70825)
P.O. Box 3513
Baton Rouge, LA 70821-3513
PHONE: (225) 387-0999
**Attorneys for Transcontinental Gas Pipe Line Corporation**

534407_1