FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 15 AM 11:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| | SECTION: S(3) |
| VERSUS | |
| | JUDGE LEMMON |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | MAGISTRATE JUDGE AFRICK |

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come plaintiff, the Terrebonne Parish School Board and defendant, Transcontinental Gas Pipeline Corporation, who respectfully represent that the claims of the Terrebonne Parish School Board have been compromised pursuant to a compromise agreement signed by the parties and the counter claim of Transcontinental Gas Pipeline Corporation has been compromised pursuant to a Consent Judgment of Condemnation/Expropriation which has been submitted to the Court for signature.

WHEREFORE, plaintiff, Terrebonne Parish School Board and defendant, Transcontinental Gas Pipeline Corporation, pray that the claims of the Terrebonne Parish

548206_1

DATE OF ENTRY
AUG 16 2001

School Board be dismissed, with prejudice, with each party to bear its own cost.

                                              Respectfully submitted:

_____
Michael St. Martin (#12365)
Joseph G. Jevic, III (#23145)
**ST. MARTIN & WILLIAMS**
P. O. Box 2017
Houma, Louisiana 70361-2017
Telephone: (504) 387-3891

*Attorneys for Terrebonne Parish School Board*

_____
G. William Jarman (#7238)
Linda S. Akchin (#17904)
Charles S. McCowan III (#19699)
Troy J. Charpentier (#20745)
Pamela R. Mascari (#25162)
**KEAN, Miller, Hawthorne, D'Armond McCowan & Jarman, L.L.P.**
One American Place, 21st Floor (70825)
P.O. Box 3513
Baton Rouge, LA 70821-3513
Telephone: (225) 387-0999

*Attorneys for Transcontinental Gas Pipe Line Corporation*

548206_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION NO. 00-0427 |
| | SECTION: S(3) |
| VERSUS | |
| | JUDGE LEMMON |
| TRANSCONTINENTAL GAS PIPE LINE CORPORATION | MAGISTRATE JUDGE AFRICK |

### ORDER

Considering the above and foregoing Motion to Dismiss;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims of the Terrebonne Parish School Board in the above entitled matter be and are hereby dismissed, with prejudice, and with each party to bear its own costs.

THUS DONE AND SIGNED this _15_ day of _August_, 2001, in New Orleans, Louisiana.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA

548206_1